UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA VILLA MACIAS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | Case No. 2:25-cv-04545-FLA (AJRx)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 4]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, Dkt. 1, all records and files therein, and the Report and Recommendation of the United States Magistrate Judge, Dkt. 4. The time for filing objections has passed and the court has not received any objections. Accordingly, the court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

The court, having adopted the findings, conclusions, and recommendations of the Magistrate Judge, hereby ORDERS as follows:

1. JUDGMENT is entered in this action for Respondent United States of America;
2. This action is DISMISSED without prejudice; and
3. The Clerk serve copies of this Order and the Judgment on Plaintiff at her current address of record, as well as all Defendants who have appeared in this action.

IT IS SO ORDERED.

Dated: July 9, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge