JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA VILLA MACIAS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | Case No. 2:25-cv-04545-FLA (AJRx)<br><br>**JUDGMENT** |

Pursuant to the court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, it is HEREBY ORDERED this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 9, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge